STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6368    AND FILED ON    7/12/2007

THE GUARDIAN NEWS, INC.,

Vs.

VILLAGE OF OSSINING, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK      ) SS

COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __7/18/2007__ at __1:42PM__, deponent did serve the within process as follows:

**Process Served:** SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

**Party Served:** VILLAGE OF OSSINING, NEW YORK    (herein called recipient) therein named.

**At Location:** 16 CROTON AVENUE

OSSINING NY

By delivering to and leaving with __MARY ANN ROBERTS__ and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 50/55 | Height | 5'-5'4" | | |
| Weight | 150 | Other Features | GLASSES | | |

Sworn to before me on __7/19/2007__

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York

_Gary Williams_ (signature)

Gary Williams
Server's License#: