*Brieant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE GUARDIAN NEWS, INC.,

                         Plaintiff.                   Docket No.:
                                                                      07 Civ. 6368 (CLB)(GAY)

-against-

                                                                      **STIPULATION OF**
                                                                      **DISCONTINUANCE**

VILLAGE OF OSSINING, New York,

                         Defendant.
-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and among the above captioned parties, all of which are over the age of 18 or adjudged competent, that this matter be and hereby is discontinued with prejudice and without costs to any party. This stipulation may be signed and filed in separate counterparts.

DATED:     White Plains, New York
                 May 23, 2008

_____(4854)_____          _____
LOVETT & GOULD, LLP                  HODGES WALSH & SLATER
Attorneys for the Plaintiff                 Attorneys for Defendant
222 Bloomingdale Road                   55 Church Street, Suite 211
White Plains, New York 10605          White Plains, New York 10601
(914) 428-8401                                  (914) 385-6000

SO ORDERED: _____     DATED
                       U.S.D.J.